# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2018

## NO. 03-18-00169-CV

**City of Wimberley Board of Adjustment, Appellant**

**v.**

**Creekhaven, LLC; and William D. Appleman, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND FIELD
REVERSED AND DISMISSED -- OPINION BY JUSTICE FIELD**

This is an appeal from the interlocutory order signed by the trial court on February 16, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order denying appellant's plea to the jurisdiction and dismisses appellees' claims brought pursuant to the Uniform Declaratory Judgments Act and appellees' suit for judicial review of the October 2013 decision of the City of Wimberley Board of Adjustment (Board Order BA-13-003). Appellees shall pay all costs relating to this appeal, both in this Court and the court below.